Haws v. Stenford—Harris *vs.* Burris.

Tm         s , *v.* Robert L. Stanford.

LIBEL.—SLANDER.  *Defence.  Mitigation of damages.  Evidence.*
The defendant in an action for a libel or slander, cannot show by way.
of defence that the plaintiff had previously libelled or slandered him ;
but such evidence may be heard in mitigation of damages.

Caruthers J., delivered the opinion of the Court :

There is no error in the rulings of the Court, on the questions of evidence, or in the charge in the case to the jury.  The defendant in an action for a libel or slander, cannot defend himself by proving that the plaintiff had previously libelled or slandered him ; but that matter is only good in mitigation of damages, because of the excitement produced by it.

Slander, defence to action for, see Watson v. Nicholas, 6 Humph., Coulter v. Stewart, 2 Yerg. 225 ; Wilson v. Nations, 2 Yerg. 211 ; Lambert v. Pharis, 3 Head, 662 ; Bell v. Farsnworth, 11 Humph. 608 ; Birchfield v. Russell, 3 Cold. 228.

Mitigation of damages, Hancock v. Stephens, 11 Humph. 507 ; West v. Walker, 2 Swan, 32 ; Shirley v. Keathey, 4 Cold. 29.